**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ramon AHUMADA–REAL, Defendant–Appellant.**

No. 08–10217.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2009 *.

Filed April 20, 2009.

Before: GRABER, GOULD, and BEA, Circuit Judges.

MEMORANDUM **

Ramon Ahumada–Real appeals from the 33–month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Ahumada–Real contends that the district court erred when it determined that his prior conviction for attempted possession or purchase for sale of cocaine, in violation of California Health and Safety Code § 11351, is a drug trafficking offense as defined by comment note (1)(B)(iv) of U.S.S.G. § 2L1.2. We are precluded from reaching the merits of this claim by the

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

valid appeal waiver. *See United States v. Nunez,* 223 F.3d 956, 958 (9th Cir.2000); *see also United States v. Jacobo Castillo,* 496 F.3d 947, 957 (9th Cir.2007) (en banc).

**AFFIRMED.**

---

* Edmund G. Brown, Jr. is substituted for his predecessor William Lockyer, Attorney General, pursuant to Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument pursuant to Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provid-